lmv

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK | * | |
| VS | * | C.A. NO. B98 120 |
| MARY ANN FLORES, ET AL | * | |

## MEMORANDUM ORDER

Petitioner, WILLIAM LEE HEDRICK, pro se, has filed a Complaint for Civil Rights Pursuant to 42 U.S.C. § 1983. Petitioner names ten Defendants, most of them appear to be employees of the Cameron County Sheriff Department. Along with his Complaint, Petitioner has filed an application to proceed in forma pauperis, a motion for discovery, and a motion for appointment of counsel.

Upon consideration, this Court is of the opinion that:

1. The Application to Proceed in Forma Pauperis should be granted.

2. The Clerk should instruct the U.S. Marshal to serve Defendants.

3. The Motion for Appointment of Counsel should be denied at this time. Petitioner could re-urge his motion after the filing of Defendants' answers.

4. The Motion for Discovery should be denied at this time. However, should Defendants fail to disclose or properly object to any discoverable evidence, the Court would consider any appropriate motion to compel.

**IT IS SO ORDERED.**

Done at Brownsville, Texas, this _____ day of February, 1999.

_____
Hilda G. Tagle
United States District Judge