

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-120 |
| | § | |
| MARY ANN FLORES, ET AL. | § | |
| Defendant | § | |

## ORDER

The Court hereby Orders Plaintiff plead with further specificity the claims and causes of action that form the basis of their suit.

ORDERED this 18th day of May, 1999.

_____
Felix Recio
United States Magistrate Judge