22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 19th 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-120 |
| | § | |
| MARY ANN FLORES, ET AL. | § | |
| Defendant | § | |

## ORDER

The Court hereby Orders Plaintiff plead with further specificity the claims and causes of action that form the basis of their suit.

ORDERED this 18th day of May, 1999.

_____
Felix Recio
United States Magistrate Judge