UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 07 1999

Michael N. Milby, Clerk of Court

WILLIAM LEE HEDRICK
Plaintiff

vs

MARY ANN FLORES et al.
Defendants

CIVIL ACTION No. 98-CV-120
JURY
JUDGE FELIX RECIO

## PLAINTIFFS MOTION TO ADD MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, William Lee Hedrick, plaintiff in the above styled and numbered Civil Action and requests to be able to file this, MOTION TO ADD MOTIONS.

On December 10, 1998, plaintiff sent by U.S. Mail to Clerk of United States District Court, Southern District of Texas, Brownsville Division, P.O. Box 2299, Brownsville, Texas 78522, the following.

1. A MOTION FOR THE RETURN OF PROPERTY.
2. PLAINTIFFS FIRST SET OF REQUESTS TO PRODUCE DOCKEENTS TO DEFENDANTS.
3. PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICADUM OF A PERSON IN STATE CUSTODY.

As plaintiff on May 22, 1999 recieved a copy of the latest Court Docket, and the above listed motions, were not listed as being filed. As plaintiff sent to court the original and one copy. Plaintiff has but one copy to send to Court at this time. Plaintiff prays that the Honorable Judge will accept and file his motions at this time, so they may be ruled on by the Court.

Respectfully submitted on this 1st day of June 1999

by: William Lee Hedrick
William Lee Hedrick Pro Se
Clements TDCJ-ID #808650
9601 Spur 591
Amarillo, TX 79107-9606

000087