27

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK | * | |
| VS | * | CIVIL ACTION NO. B-98-120 |
| MARY ANN FLORES | * | |
| ROBERTO RODRIGUEZ | * | |
| CARLOS DEL BOSQUE | * | |
| OFELIA CORONADO | * | |
| JEFFREY T. STRANGE | * | |
| FOUR UNNAMED DEPUTY SHERIFFS | * | |
| AND ONE UNNAMED DEPUTY CONSTABLE | * | |

## ORDER DENYING FIRST MOTION FOR DISCOVERY

On this day, came on to be considered WILLIAM LEE HEDRICK's First Motion for Discovery filed in the above-entitled and numbered cause of action. Upon consideration of said Motion, this Court is of the opinion that is should be **denied**.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 28th day of September 1999.

_____
Felix Recio
United States Magistrate Judge