29

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WILLIAM LEE HEDRICK | * |
| VS | * CIVIL ACTION NO. B-98-120 |
| MARY ANN FLORES | * |
| ROBERTO RODRIGUEZ | * |
| CARLOS DEL BOSQUE | * |
| OFELIA CORONADO | * |
| JEFFREY T. STRANGE | * |
| FOUR UNNAMED DEPUTY SHERIFFS | * |
| AND ONE UNNAMED DEPUTY CONSTABLE | |

## ORDER DENYING SECOND MOTION FOR THE APPOINTMENT OF COUNSEL

On this day, came on to be considered WILLIAM LEE HEDRICK's Second Motion for the Appointment of Counsel filed in the above-entitled and numbered cause of action. Upon consideration of said Motion, this Court is of the opinion that is should be denied.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 28th day of September 1999.

Felix Recio
United States Magistrate Judge