30

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WILLIAM LEE HEDRICK ) | |
|    Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION NO. B-98-120 |
| ) | ORDER |
| MARY ANN FLORES, et al. ) | |
|    Defendants ) | |

### ORDER STAYING DISCOVERY

On the 21st day of September, 1999, came to be heard Defendants' Motion to Stay Discovery. After considering Plaintiff's motion, the Court is of the opinion that it should be GRANTED.

It is HEREBY ORDERED, ADJUDGED AND DECREED that all discovery in this cause is hereby stayed pending resolution of the defendants' motion to dismiss, or until further order of the Court.

The clerk shall send a copy of this order to all parties.

SIGNED, this 28th day of September, 1999, at Brownsville, Texas.

Felix Recio
Presiding Judge