33

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 1999

Michael M. Milby
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK | * | |
| VS | * | CIVIL ACTION NO. B-98-120 |
| MARY ANN FLORES | * | |
| ROBERTO RODRIGUEZ | * | |
| CARLOS DEL BOSQUE | * | |
| OFELIA CORONADO | * | |
| JEFFREY T. STRANGE | * | |
| FOUR UNNAMED DEPUTY SHERIFFS | * | |
| AND ONE UNNAMED DEPUTY CONSTABLE | * | |

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM, MOTION FOR RETURN OF PROPERTY, and REQUESTS TO PRODUCE DOCUMENTS

On this day, came on to be considered WILLIAM LEE HEDRICK's Petition for Writ of Habeas Corpus Ad Testificandum, Motion for Return of Property and First Set of Requests to Produce Documents filed in the above-entitled and numbered cause of action. Upon consideration of said Motions, this Court is of the opinion that they should be **denied**.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 28th day of September 1999.

Felix Recio
United States Magistrate Judge