36

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 22 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK | * | |
| VS | * | CIVIL ACTION NO. B-98-120 |
| MARY ANN FLORES | * | |
| ROBERTO RODRIGUEZ | * | |
| CARLOS DEL BOSQUE | * | |
| OFELIA CORONADO | * | |
| JEFFREY T. STRANGE | * | |
| FOUR UNNAMED DEPUTY SHERIFFS | * | |
| AND ONE UNNAMED DEPUTY CONSTABLE | * | |

# ORDER GRANTING MOTION
# FOR ENLARGEMENT OF TIME

On this day, came on to be considered WILLIAM LEE HEDRICK's Motion for Enlargement of Time, to file his supplemental objection to the Magistrate's Report and Recommendation, filed in the above-entitled and numbered cause of action. Upon consideration of said Motion, this Court is of the opinion that it should be **granted.**

**IT IS SO ORDERED.** The Plaintiff's supplemental objection shall be filed on or before November 12, 1999.

DONE at Brownsville, Texas, this 22st day of October 1999.

_____
Felix Recio
United States Magistrate Judge