39

United States District Court
Southern District of Texas
ENTERED

DEC 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK<br>Plaintiff, | § § § | |
| v. | § § | |
| MARY ANN FLORES,<br>ROBERTO RODRIGUEZ,<br>CARLOS DEL BOSQUE,<br>OFELIA CORONADO,<br>JEFFREY T. STRANGE,<br>FOUR UNNAMED DEPUTY SHERIFFS,<br>AND ONE UNNAMED DEPUTY<br>CONSTABLE,<br>Defendants. | § § § § § § § § § § | CIVIL ACTION NO. B-98-120 |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 28, 1999 be ADOPTED.

Furthermore,

the Motion to Dismiss filed by Defendants Flores, Rodriguez, del Bosque, Strange, Sheriffs, and Constable is hereby GRANTED; and

Plaintiffs 42 U.S.C. §1983 claim against Defendant Coronado is hereby DISMISSED.

DONE in Brownsville, Texas on this _____ day of _____, 1999.

_____
Hilda G. Tagle
United States District Judge

8