41

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 8 1999

Michael M. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WILLIAM LEE HEDRICK | * |
| | * |
| VS | *   C.A. NO. B98-120 |
| | * |
| MARY ANN FLORES, ET AL | * |

## ORDER DENYING MOTION TO REQUEST A SUBPOENA FOR DOCUMENTS

On this the 7th day of December 1999, came on to be considered Plaintiff's Motion to Request a Subpoena for Documents. The Court after considering said Motion is of the opinion that the Motion should be **denied**.

**IT IS SO ORDERED.**

Done at Brownsville, Texas, this 7th day of December 1999.

Felix Recio
United States Magistrate Judge