

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

DEC 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WILLIAM LEE HEDRICK | * |
| | * |
| VS | *  C.A. NO.B98-120 |
| | * |
| MARY ANN FLORES, ET AL | * |

### ORDER DENYING MOTION FOR PRETRIAL HEARING TO SUPPRESS PRIVILEGED EVIDENCE

On this the 7th day of December 1999, came on to be considered Plaintiff's Motion for Pretrial Hearing to Suppress Privileged Evidence. The Court after considering said Motion is of the opinion that the Motion should be **denied**.

**IT IS SO ORDERED.**

Done at Brownsville, Texas, this 7th day of December 1999.

_____
Felix Recio
United States Magistrate Judge