

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 05 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WILLIAM LEE HEDRICK | * |
| VS | *   C.A. B98 120 |
| MARY ANN FLORES, ET AL | * |

### ORDER GRANTING MOTION FOR EXTENSION

On the 4th day of January 2000, Plaintiff's Motion for Extension of Time to File Notice of Appeal was considered by the Court. The Court, after reviewing the Motion, is of the opinion that good cause being shown, the Motion should be and is hereby **granted** and extended for thirty (30) days from December 24, 1999, to January 24, 2000.

DONE at Brownsville, Texas, this 4th day of January 2000.

_____
Felix Recio
United States Magistrate Judge