46

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

WILLIAM LEE HEDRICK          *

              VS             *    C.A. B98 120

MARY ANN FLORES, ET AL       *

ORDER DENYING MOTION FOR REQUEST OF A COPY OF
THE INVENTORY AND RECEIPT OF PERSONAL PROPERTY

On the 4th day of January 2000, Plaintiff's Motion to Request Copy of the Inventory and Receipt for Personal Property Seized by Law Officers on June 6, 1997 was considered by the Court. After reviewing the Motion and file, the Court is of the opinion that the Motion should be and is hereby **denied** on the grounds that this Court does not have the document(s) sought by the Plaintiff and is without recourse in obtaining same.

DONE at Brownsville, Texas, this 4th day of January 2000.

Felix Recio
United States Magistrate Judge