50

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| MARY ANN FLORES, | § | |
| ROBERTO RODRIGUEZ, | § | CIVIL ACTION NO. B-98-120 |
| CARLOS DEL BOSQUE, | § | |
| OFELIA CORONADO, | § | |
| JEFFREY T. STRANGE, | § | |
| FOUR UNNAMED DEPUTY SHERIFFS, | § | |
| AND ONE UNNAMED DEPUTY | § | |
| CONSTABLE, | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff's Application to Proceed in Forma Pauperis on Motion for Leave to Appeal (Docket No. 48).

Having considered the motion and the pleadings of the parties filed herein, the court hereby ORDERS that Petitioners motion should be GRANTED.

DONE in Brownsville, Texas on this 3rd day of March, 2000.

_____
Felix Recio,
United States Magistrate Judge