51

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 07 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| MARY ANN FLORES, | § | |
| ROBERTO RODRIGUEZ, | § | CIVIL ACTION NO. B-98-120 |
| CARLOS DEL BOSQUE, | § | |
| OFELIA CORONADO, | § | |
| JEFFREY T. STRANGE, | § | |
| FOUR UNNAMED DEPUTY SHERIFFS, | § | |
| AND ONE UNNAMED DEPUTY | § | |
| CONSTABLE, | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff's Motion for Leave to Appeal (Docket No. 47).

Having considered the motion and the pleadings of the parties filed herein, the court hereby ORDERS that Petitioner's motion should be GRANTED.

DONE in Brownsville, Texas on this ___ day of _March_, 2000.

_____
Hilda Tagle,
United States District Judge