UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | |
| MARY ANN FLORES,<br>ROBERTO RODRIGUEZ,<br>CARLOS DEL BOSQUE,<br>OFELIA CORONADO,<br>JEFFREY T. STRANGE,<br>FOUR UNNAMED DEPUTY SHERIFFS,<br>AND ONE UNNAMED DEPUTY<br>CONSTABLE,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-98-120 |

United States District Court
Southern District of Texas
ENTERED
JUL 0 6 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

After due consideration of the Plaintiff's Application for Leave to Proceed *In Forma Pauperis* in light of the Prison Litigation Reform Act of 1996 (PLRA), the court hereby ORDERS that:

1. Plaintiff shall pay $\underline{0.00}$ of the filing fee initially, and shall pay the balance of the $\underline{150.00}$ filing fee in monthly installments as provided in 28 U.S.C. 1915(b)(1).

2. After payment of the initial partial filing fee, the agency having custody of Plaintiff shall deduct 20 percent of each deposit made to Plaintiff's inmate trust amount and forward payments to the court on a regular basis, provided the account exceeds $10.00.

3. Plaintiff shall sign all consents and other documents required by the agency having custody of Plaintiff to authorize the necessary withdrawals from Plaintiff's inmate trust account.

1

**NOTICE TO PLAINTIFF:** If you do not wish to pay the filing fee as set forth in this order, you must notify the court in writing, by letter or motion, that you do not wish to prosecute this civil action. Your notice must be mailed within 30 days of the date of entry of this order.

The Clerk will mail a copy of this Order to the inmate accounting office or other person(s) or entity responsible for assessing, collecting and remitting to the court interim filing fee payment on behalf of inmates, as designated by the facility in which Plaintiff is confined, and to Amber Rives, TDCJ Litigation Support, P.O. Box 13084, Austin Texas 78711.

DONE in Brownsville, Texas, this 5th day of July, 2000.

Felix Recio
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| MARY ANN FLORES, | § | |
| ROBERTO RODRIGUEZ, | § | CIVIL ACTION NO. B-98-120 |
| CARLOS DEL BOSQUE, | § | |
| OFELIA CORONADO, | § | |
| JEFFREY T. STRANGE, | § | |
| FOUR UNNAMED DEPUTY SHERIFFS, | § | |
| AND ONE UNNAMED DEPUTY | § | |
| CONSTABLE, | § | |
| Defendants. | § | |

## MOTION FOR VOLUNTARY DISMISSAL

I, William Lee Hedrick, Plaintiff, request voluntary dismissal under Rule 41(a), Fed. R. Civ. P. because I do not wish to pay the filing fee in this case.

_____
William Lee Hedrick,
Plaintiff

_____
Date

3