# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT



No. 00-40478
Summary Calendar

D.C. Docket No. B-98-CV-120

U.S. COURT OF APPEALS
**FILED**
DEC 2 2 2000
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
FEB 26 2001
Michael N. Milby
Clerk of Court

WILLIAM LEE HEDRICK

  Plaintiff - Appellant

v.

MARY ANN FLORES, Investigator, Cameron County Sheriff Department; ROBERTO RODRIGUEZ, Deputy Sheriff, Cameron County Sheriff Department; CARLOS DEL BOSQUE, Deputy Sheriff, Cameron County Sheriff Department; OFELIA CORONADO, Landlord 858 Puebla Street Apt B Brownsville TX 78200; JEFFERY T STRANGE, Assistant District Attorney for Cameron County Texas; JOHN DOE, #1 Deputy Constable, Constable Cameron County Texas; JOHN DOES, (2883) Four Deputy Sheriffs of Cameron County Texas; BILL DOE, John Doe #3 Deputy Sheriff Cameron County Texas; P VELA, Deputy Sheriff of Cameron County Texas; J GONZALES, Deputy Sheriff Brownsville TX

  Defendants - Appellees

Appeal from the United States District Court for the
     Southern District of Texas, Brownsville.

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

## J U D G M E N T

  This cause was considered on the record on appeal and the briefs on file.

  It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: FEB 22 2001

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
        Deputy
New Orleans, Louisiana    FEB 22 2001